## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Ronald Ross Panttila, Sr. and Theresa M Panttila | No.   09-75420 |
| Debtor | Hon.  Thomas M. Lynch |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 9, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

          /s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Kristin K Beilke and Lydia Meyer on February 9, 2015.

          /s/ Ross T. Brand

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Ronald Ross Panttila, Sr. and Theresa M Panttila
106 W. Navaho Ave
Shabbona, IL 60550

Lydia Meyer
P.O. Box 14127
Rockford, IL 61105

Kristin K Beilke
Geraci Law L.L.C. ., 55 E. Monroe St.
Suite #3400
Chicago, IL 60603
ndil@geracilaw.com